UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL TEKLEMARIAM HAGOS, | CASE NO. 2:23-cv-127 |
| Petitioner, | MINUTE ORDER |
| v. | |
| STATE OF WASHINGTON, | |
| Respondent. | |

On September 28, 2023, the Court entered final judgment in this case. Dkt. No. 15. Nearly a year later, on August 28, 2024, Petitioner Daniel Teklemariam Hagos submitted a new filing on the case docket. Dkt. No. 17. The purpose of this filing — which is titled "Acceptions and Requirement Investigator" and comprises a five-page-long list of statutes — is unclear. If Petitioner intends to state new claims, he must file a new lawsuit. If Petitioner meant to submit this filing in his other case pending in this district, *see Daniel Teklemariam Hagos v. Scott Cassidy et al.*, 2:24-cv-00299 (W.D. Wash. complaint filed Mar. 7, 2024), then he must file his papers under the correct case number. In either case, the Court does not construe

MINUTE ORDER - 1

Petitioner's August 28 filing as a request for relief from judgment or a motion to reconsider.

The Court STRIKES Dkt. No. 17 from the record.

It is so ORDERED.

Dated this 3rd day of September 2024.

Jamal N. Whitehead
United States District Judge

MINUTE ORDER - 2